NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000114**
**31-AUG-2018**
**11:43 AM**

NO. CAAP-18-0000114

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


SAILING UNLIMITED dba, STREAM RESOURCES, INC.,
and ERIC BRYANT, Plaintiffs-Appellees,
v.
PAUL ZOIA, Defendant-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 16-1-1503)

ORDER APPROVING THE AUGUST 13, 2018 STIPULATION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of the "Stipulation to Dismiss Appeal" (**Stipulation**), it appears that Appeal No. CAAP-18-0000114 has not been docketed, and that the parties seek to dismiss the appeal pursuant to Rule 42 of the Hawai'i Rules of Appellate Procedure (HRAP). Therefore, pursuant to HRAP Rule 42(a), which is applicable where no record on appeal has been docketed,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed.

DATED: Honolulu, Hawai'i, August 31, 2018.

Presiding Judge

Associate Judge

Associate Judge